FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAY 12 2005

By: _____
                    DEPUTY

| | |
|---|---|
| 1 | CARL R BOCKENSTEDT |
| 2 | 1946 332ND Ave |
| 3 | Dyersville, Iowa 52040 |
| 4 | |
| 5 | |
| 6 | |
| 7 | **District Court of the United States - Iowa** |
| 8 | **c/o UNITED STATES DISTRICT COURT DISTRICT OF IOWA** |
| 9 | |
| 10 | |

| | | |
|---|---|---|
| 11 | CARL R. BOCKENSTEDT | |
| 12 | | |
| 13 | Judgment Creditor, | Case ___05mc0025___ |
| 14 | | |
| 15 | **WILLIAM B. HARRISON** | |
| 16 | **CHASE MANHATTAN BANK** | |
| 17 | | |
| 18 | Judgment Debtors. | |
| 19 | | |
| 20 | | **NOTICE OF FILING** |
| 21 | Iowa ) | **OF FOREIGN JUDGMENT** |
| 22 | ) ss | |
| 23 | Delaware County ) | |
| 24 | | |
| 25 | | |

26  Having been duly sworn, Affiant declares the

27  following:

28      Affiant, Carl Ronald Bockenstedt, is competent to state to the matters included in this

29  declaration, has knowledge of the facts, and hereby declares that to the best of Affiant's

30  knowledge, the statements made in this affidavit are true, correct, complete, and not meant to

31  mislead.

32      Please take notice that I have filed a foreign consent judgment, with the required affidavit

33  containing addresses that resulted from an informal action through correspondence, as an

34  alternative dispute resolution proceeding, between CARL R. BOCKENSTEDT by its agent Carl

35  Ronald Bockenstedt, and **WILLIAM B. HARRISON, et al.** True names of judgment debtors are

36  unknown.

37      Judgment creditor will request an enforcement order if judgment debtors do not show the

38  court any ground upon which enforcement of the judgment should be stayed. There is no appeal

39  from the foreign judgment pending or available and no stay of execution has been granted. The

1    court may stay enforcement of the foreign judgment for an appropriate period, upon receiving the

2    same security for satisfaction of the judgment, which is required in the State of Iowa.

3            The foreign judgment is established under notarial seal and filed pursuant to Iowa Code

4    Title XV Chapter 626A.1 through 626A.8 and pursuant to Rule 62(f) of the Federal Rules of Civil

5    Procedure.

6
7    Dated this 10th day of May, 2005.
8
9                                                    CARL RONALD BOCKENSTEDT
10
11
12                                                   *Carl Ronald Bockenstedt*
13                                                   by Carl Ronald Bockenstedt
14                                                   agent for judgment creditor
15            ─────────────────────────────────────────────────────
16   Iowa                          )
17                                 ) ss
18   Delaware County               )
19
20   I, Rosemary Recker, Notary Public for said County and State, do hereby certify that Carl Ronald Bockenstedt,
21   personally appeared before me and signed the foregoing. Witness my hand and seal this 10th day of May, 2005.
22
23                                                   Seal:
24
25
26   *Rosemary Recker*                              9-20-2007
27   Rosemary Recker, Notary Public                 My Commission expires:
28   c/o 3171 218th Ave
29   Earlville, Iowa 52041
30            ─────────────────────────────────────────────────────
31   Attachments:
32   Certified copy of foreign judgment – Rosemary Recker
33   Certified copies of procedure records
34   Affidavit declaring addresses of judgment debtors and judgment creditor
35
36   Original filed and copy mailed this 12th day of May, 2005 to
37
38   WILLIAM B. HARRISON et al,
39   270 Park Ave
40   New York, NY  10017

ROSEMARY RECKER
Notarial Seal - IOWA
Commission No. 712662
My Commission Expires: 9-20
2007

# Certificate of Protest
## Certificate of Completed Contract
### Certificate of Foreign Consent Judgment

The document upon which this certificate is affixed is
**CERTIFIED A**
TRUE, CORRECT, AND COMPLETE COPY
of the original and is sealed by the Signature of the Holder in Due Course of the original document.

*Carl Ronald Bockenstedt*     5-12-05

Sealed                          Date

CONVENTION DE LA HAGUE DU 5 OCTUBRE, 1961

Certified Mail # 7004 1160 0007 4203 9101 RRR

Notary Public: Rosemary Recker, notary public
3171 218th Street
Earlville, Iowa 52041

April 25, 2005

Notice to agent is notice to principal.
Notice to principal is notice to agent.

To:        William B Harrison
CHASE MANHATTAN BANK
C/o 270 Park Ave
New York, NY 10017

Void Where Prohibited by Law

RE:        Acceptance for value dated January 26th 2005

The record shows Carl Ronald Bockenstedt's Actual and Constructive Notice and Acceptance for value and consideration of the invoice #5179454440002213013169820008648291 00302 dated January 26, 2005, was mailed to William B Harrison CEO of CHASE MANHATTAN BANK on February 16, 2005 and received by him or his agent on February 25, 2005, as evidenced by postal return receipt.

The record shows Carl Ronald Bockenstedt has conducted an informal action as a counterclaim and in support to the accuracy of the records regarding the CARL R. BOCKENSTEDT trust, #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.

The record shows you agreed to be a part of said informal administrative action, and defendant on said counterclaim, as he elected to present a demand to the CARL R BOCKENSTEDT trust.

The record also shows you received a second opportunity to answer said counterclaim on March 22, 2005 by certified mail # 7004 1160 0007 4203 5592 return receipt requested.

The record shows CHASE MANHATTAN BANK is in default on my counterclaim.

The record shows a Notice of Protest was mailed to you on April 11, 2005 by certified mail # 7004 1160 0007 4203 5547 return receipt requested, and you chose not to perform after receiving the Notice of Protest.

The record shows you have admitted you had no authority to make a demand on the CARL R BOCKENSTEDT trust; and that your are in trespass on the contract that resulted from your refusal to comply with the requests Carl Ronald Bockenstedt made of you, in the nature of discovery on said counterclaim.

Case 1:05-mc-00025-LRR     Document 1     Filed 05/12/05     Page 3 of 10

The record shows you have knowledge that -

The document upon which this certificate is
affixed is
CERTIFIED A
TRUE, CORRECT, AND COMPLETE COPY
of the original and is sealed by the Signature of
the Holder in Due Course of the original
document.

*Carl Ronald Bockenstedt*    5-12-05
Sealed                                      Date

a. CARL R BOCKENSTEDT is a fiction owned by the United States, DE LA HAGUE DU 5 OCTUBRE,
b. CARL R. BOCKENSTEDT is a minister of the United States resident in the State of Iowa; 1961
c. That CHASE MANHATTAN BANK failed to correct the records;
d. The payee on the Bill of Exchange, John Snow, Trustee, has not issued a Notice of Dishonor. John Snow is the only third party authorized to dishonor and
e. That the credits to settle and close the account are in there possession.

The record shows you have agreed that -

a. The amount, form, and substance of bill of exchange # 70990001 was sufficient to settle The obligation for account # 5179-4544-4000-2213 held in the name of CARL R BOCKENSTEDT; and
b. To forward to the possession of the affiant a record or statement of account #5179-4544-4000-2213 in the name of CARL R BOCKENSTEDT showing a balance of Zero and that the account has been settled and closed.

Carl Ronald Bockenstedt has requested that I inform you that if there were points of his affidavit that you still wished to rebut with supporting records, you could have sent your affidavit in rebuttal with the supporting records within ten (10) days of the date of the Notice of Protest. You did not send me a rebuttal.

Carl Ronald Bockenstedt requested that I accept answers and records from you that would rebut his first letter or the Notice of Protest and forward all such communications to him. You did not send me answers or records.

Carl Ronald Bockenstedt has informed me that he has accepted your silence as your statement and representation that you and your co-business partners are forever estopped from pursuing collection against the CARL R BOCKENSTEDT trust.

I have issued Carl Ronald Bockenstedt this Certificate of Protest and Certificate of Completed Contract itemizing the terms and conditions restated herein, as well as Certificate of Foreign Consent Judgment agreeing to the requests listed in Item # 10 of the attached affidavit, based upon your election to judge yourself in default by choosing not to perform or to produce affirmative defenses.

Carl Ronald Bockenstedt has accepted your actions as your agreement that if you dispute, controvert, or challenge said Judgment in any way, your actions will constitute a trespass on the associated Contract and you agree to be fully commercially liable for all damages associated with your trespass.

Carl Ronald Bockenstedt's affidavit is his formal acknowledgment of your choice to consent to judgment in favor of Carl Ronald Bockenstedt, and your agreement that said judgment is an administrative judgment from a court which is entitled to full faith and credit in the State of Iowa, is

*Certificate of Protest, Certificate of Completed Contract, Certificate of Foreign Consent Judgment to CHASE MANHATTAN BANK*                                                                                          2

a lien upon the property of the judgment debtors, and is a foreign judgment in the State of Iowa, in the United States, and in any judicial court.

Thank you for your prompt attention to this matter.

_Rosemary Recker_, notary public

Notary Seal

Notarial Seal - IOWA
Commission No. 712662
My Commission Expires: 2-30-2007

The document upon which this certificate is affixed is
**CERTIFIED A**
**TRUE, CORRECT, AND COMPLETE COPY**
of the original and is sealed by the Signature of the Holder in Due Course of the original document.

_Carl Ronald Bockenstedt_   5-12-05
Sealed                      Date
**CONVENTION DE LA HAGUE DU 5 OCTUBRE, 1961**

_Certificate of Protest, Certificate of Completed Contract, Certificate of Foreign Consent Judgment to CHASE MANHATTAN BANK_     3

Case 1:05-mc-00025-LRR     Document 1     Filed 05/12/05     Page 5 of 10

The document upon which this certificate is
affixed is
CERTIFIED A
TRUE, CORRECT, AND COMPLETE COPY
of the original and is sealed by the Signature of
the Holder in Due Course of the original
document.

*Carl Ronald Bockenstedt* 5-12-05
Sealed                          Date
CONVENTION DE LA HAGUE DU 5 OCTUBRE,
1961

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *M. Jefferson*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
*M. Jefferson*
C. Date of Delivery
*4-15-05*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

William B. Harrison
C/o Chase Manhattan Bank
270 Park Ave
New York, NY 10017

2. Article Number
(Transfer from service label)
7004 1160 0007 4203 5547

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
NEW YORK, NY 10017

| | | |
|---|---|---|
| Postage | $ | $0.60 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.65 |

Postmark Here
04
0840
04/11/2005

Sent To
William B. Harrison

Street, Apt. No.; or PO Box No.
270 Park Ave

City, State, ZIP+4
New York, NY 10017

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0007 4203 5547

The document upon which this certificate is affixed is
CERTIFIED A
TRUE, CORRECT, AND COMPLETE COPY
of the original and is sealed by the Signature of
the Holder in Due Course of the original
document.

Carl Ronald Brekenstedt 5-12-05

Sealed                    Date

CONVENTION DE LA HAGUE DU 5 OCTUBRE, 1961

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM B HARRISON
CHASE MANHATTAN BANK
270 PARK AVENUE
NEW YORK, NY 10017

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery   2-25-05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7004 1160 0007 4203 6681

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.60 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.65 |

Postmark Here   02/16/2005

Sent To  William B. Harrison

Street, Apt. No.; or PO Box No.  270 Park Ave

City, State, ZIP+4  New York, NY 10017

7004 1160 0007 4203 6681

PS Form 3800, June 2002          See Reverse for Instructions

The document upon which this certificate is affixed is
CERTIFIED A
TRUE, CORRECT, AND COMPLETE COPY
of the original and is sealed by the Signature of
the Holder in Due Course of the original
document.

Carl Ronald Bockenstedt   5-12-05

Sealed          Date
CONVENTION DE LA HAGUE DU 5 OCTUBRE,
1961

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

WILLIAM B HARRISON
CHASE MANHATTAN BANK
270 PARK AVENUE
NEW YORK, NY 10017

2. Article Number
   (Transfer from service label)

7004 1160 0007 4203 5592

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X M. Jefferson    □ Agent
                     □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M. Jefferson                 3-22-05

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10017

| | |
|---|---|
| Postage | $ $0.60 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.65 |

Postmark Here
0840
01
03/18/2005

Sent To
William B Harrison
Street, Apt. No.; or PO Box No.
270 Park Av.
City, State, ZIP+4
New York, NY 10017

7004 1160 0007 4203 5592

PS Form 3800, June 2002        See Reverse for Instructions

Carl Ronald Bockenstedt
c/o 1946 332nd Ave
Dyersville, Iowa  52040

Iowa                          )
                              ) ss        **Affidavit in Support of Notice of Foreign Judgment**
Delaware County               )

Having been duly sworn, Affiant declares the following:

1.      Affiant, Carl Ronald Bockenstedt, is competent to state to the matters included in this
declaration, has knowledge of the facts, and hereby declares that to the best of Affiant's knowledge,
the statements made in this affidavit are true, correct, complete, and not meant to mislead.

            Judgment Debtor is          WILLIAM B HARRISON
                                        CHASE MANHATTAN BANK
                                        270 Park Ave,
                                        New York, NY  10017

2.      Judgment Creditor is Carl Ronald Bockenstedt whose post office address is:

                                        Carl Ronald Bockenstedt
                                        c/o 1946 332nd Ave.
                                        Dyersville, IA  52040

Further Affiant sayet Not.

Dated this 10th day of May, 2005

                                        _Carl Ronald Bockenstedt_
                                        Carl Ronald Bockenstedt

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Iowa                          )
                              ) ss
Delaware County               )

I, Rosemary Recker, a Notary Public for said County and State, do hereby certify that Carl Ronald Bockenstedt, personally
appeared before me and signed the foregoing.  Witness my hand and seal this 10th day of May, 2005.

                                                    Seal:

_Rosemary Recker_                                   _9-20-2007_
Rosemary Recker, Notary Public                      My Commission expires:
c/o 3171 218th Street
Earlville, Iowa  52041

ROSEMARY RECKER
Notarial Seal - IOWA
Commission No. 712662
My Commission Expires: 9-20 2007

# PROOF OF MAILING

## Case # _05 mc 0025_

From:                Carl Ronald Bockenstedt
c/o Rosemary Recker, Notary Public
3171 218th Street
Earlville, Iowa

On May 12th, 2005, I mailed to:

                WILLIAM B HARRISON et al
                CHASE MANHATTAN BANK
                270 PARK AVE
                NEW YORK, NY 10017

the papers identified as:

1) Notice of Filing of Foreign Judgment dated May 10th , 2005
2) Affidavit in Support of Notice of Registration of Foreign Judgment dated May 10th , 2005
3) Copies of procedure records certified May 10th , 2005

by mailing them for Carl Ronald Bockenstedt in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail # **7004 1160 0007 4203 9101** Return Receipt Requested.

Dated May 12, 2005

                                                                              Seal:

*Rosemary Recker*

Rosemary Recker, Notary Public
3171 218th Street
Earlville, Iowa 52041

_9-20-2007_
My commission expires:

ROSEMARY RECKER
Notarial Seal - IOWA
Commission No. 712662
My Commission Expires: 9-20-2007